**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

KERI FINDLEY,

Plaintiff,

-against-

JAMES ROBERT BREDAHL,

Defendant.

Case No. 1:23-cv-00884

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Keri Findley and her counsel hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice, against Defendant James Bredahl. Defendant has not filed an Answer or a Motion for Summary Judgment in the above-captioned action. Plaintiff has not previously filed any Notice seeking this relief.

Date: April 13, 2023
New York, NY

*/s/ Jeremy Wallison, Esq.*

Jeremy Wallison, Esq.
WALLISON & WALLISON LLP
20 East 69th Street, Suite 5A
New York, New York 10021
212.292.1011
jw@wallisonllp.com

CLARE LOCKE LLP
Thomas A. Clare, P.C. (*pro hac vice*)
Dustin A. Pusch (*pro hac vice*)
Nicholas J. Brechbill
James E. O'Toole (*pro hac vice*)
10 Prince Street
Alexandria, Virginia 22314
202.628.7401
tom@clarelocke.com
dustin@clarelocke.com
nick@clarelocke.com
james@clarelocke.com

*Attorneys for Plaintiff Keri Findley*